IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID J. TURNER,

Defendant.

**4:26CR3048**

**ORDER**

The government has moved to extend the deadline to respond to defendant's Motion to Suppress (Filing No. 22) because the Government needs additional time to submit an opposition. The motion to extend (Filing No. 26) is unopposed. Based upon the showing set forth in the motion, the Court finds good cause has been shown and the motion should be granted. Accordingly,

**IT IS ORDERED:**

1. The telephone conference scheduled on November 17, 2026, is canceled.

2. On or before November 10, 2026, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

3. On or before November 17, 2026, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

4. On or before November 24, 2026, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

5. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **December 1, 2026, at 9:45 a.m.** Conferencing instructions will be provided under a separate order.

Dated this 28th day of October, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge